UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WARREN COOK,

                              Plaintiff,   **NOTICE OF APPEARANCE**

        -against-

CITY OF NEW YORK et al,                       **08-CV-5651 (SHS)**

                              Defendants.

                                          **FILED BY ECF**

------------------------------------------------------------------------- x


       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 6, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0987
                                        Fax: (212) 788-9776

                                        By:
                                        _____/S/_____
                                        Brian G. Maxey
                                        Assistant Corporation Counsel